# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

December 4, 2023

Clerk, U.S. District Court
District of Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Jolene Koch Blanco, et al. v. Volvo Car USA, LLC, Case No. 3:23–cv–02044–TWR–DEB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ C. Lam, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: